RECEIVED BY MAIL
NOV -9 2016
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

FILED
November 7, 2016
OFFICE OF
APPELLATE COURTS

RECEIVED
NOV 07 2016
OFFICE OF LAWYERS
PROF. RESP.

SCANNED
NOV 09 2016
U.S. DISTRICT COURT ST. PAUL

STATE OF MINNESOTA

IN SUPREME COURT

A16-0366

In re Petition for Disciplinary Action against
Rickie Leonard Petry, a Minnesota Attorney,
Registration No. 0292503.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Rickie Leonard Petry committed professional misconduct warranting public discipline. Petry engaged in a pattern of misconduct in the representation of at least 12 clients over a period of more than 8 years. The pattern of misconduct included failure to represent clients with diligence and promptness, failure to adequately communicate with clients, false and dishonest conduct in an effort to conceal his lack of diligence and communication, lack of competence, failure to protect clients' interests on termination of his representation, disobeying an obligation to a tribunal, and failure to deliver client funds or property to the client. *See* Minn. R. Prof. Conduct 1.1, 1.3, 1.4(a)(1), 1.4(a)(3), 1.4(a)(4), 1.15(c)(1), 1.15(c)(4), 1.16(d), 3.4(c), 8.4(c), and 8.4(d). It also included charging unreasonable fees or expenses, improper handling of fee agreements, failure to properly deal with contingent fees, failure to deposit and hold client funds in a trust account, advocating frivolous claims, failure to expedite litigation, failure to comply with discovery, making false statements, engaging in conduct involving dishonesty, charging nonrefundable fees, accepting compensation from non-

1

clients, and failure to provide an accounting of earned fees. *See* Minn. R. Prof. Conduct 1.5(a), 1.5(b), 1.5(c), 1.8(f), 1.15(a), 1.15(b), 1.15(c)(3), 1.15(c)(5), 3.1, 3.2, 3.4(d), 4.1, 8.4(c), and 8.4(d). In addition to the pattern of misconduct, Petry also failed to timely pay for law-related services and failed to fully cooperate with the disciplinary investigation. *See* Minn. R. Prof. Conduct 8.1(b) and 8.4(d), and Rule 25, Rules on Lawyers Professional Responsibility (RLPR).

Respondent waives his rights under Rule 14, RLPR, withdraws his previously filed answer, and unconditionally admits the allegations in the petition. Respondent has entered into a stipulation with the Director wherein they recognize possible mitigating factors for respondent's misconduct. Respondent and the Director jointly recommend that the appropriate discipline is a 12-month suspension.

The court has independently reviewed the file and has determined that the appropriate discipline under the circumstances is a 2-year suspension.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Respondent Rickie Leonard Petry is suspended from the practice of law, effective 14 days from the date of the filing of this order, with no right to petition for reinstatement for 2 years.

2. Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR. Reinstatement is conditioned on successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of

professional responsibility and satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR.

3. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals) and shall pay $900 in costs, plus interest, pursuant to Rule 24, RLPR.

Dated: November 7, 2016

BY THE COURT:

*/s/ David R. Stras*

David R. Stras
Associate Justice

3